PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com


Attorney for Defendant
Francisco Javier Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-CR-00211-LJO-SKO |
| Plaintiff, | ) | |
| | ) | **AMENDED** REQUEST FOR |
| vs. | ) | RECONVEYANCE |
| | ) | AND ORDER |
| Francisco Javier Ochoa, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On September 30, 2019, Mariela Zavala Mendoza recorded and executed Deed of Trust

   (Short Form), for a property bond in the amount of $750,000.00 for the property:

   a. Deed Document Number: DOC-2019-0067229-00, for bail purposes in the

      name of U.S. District Court Clerk for defendant, Francisco Javier Ochoa.

2. Property was conveyed inadvertently by mistake. There has been no order by the court

   accepting the property as surety for Mr. Ochoa.

///

///

///

3.  Wherefore, request is hereby made that the following property be reconveyed.


Dated: 10/9/19                                    Respectfully Submitted,


                                            /s/ PRECILIANO MARTINEZ
                                            PRECILIANO MARTINEZ




# **O R D E R**

IT IS HEREBY ORDERED that the following property be reconveyed:


Deed Document Number: DOC-2019-0067229-00, dated Monday September 30, 2019, in the name of Mariela Zavala Mendoza.



IT IS SO ORDERED.

Dated:  **December 10, 2019**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE