1  MCGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00211-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AS TO DEFENDANT OCHOA AND SET FOR CHANGE OF PLEA** |
| v. | |
| FRANCISCO OCHOA,. | Date: February 18, 2020 |
| Defendant. | Time: 1:00 p.m. |
| | Honorable Sheila K. Oberto |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant, FRANCISCO OCHOA, by and through his respective attorney of record, PRECILIANO MARTINEZ, hereby stipulate to vacate the status conference in this case and to set the matter for change of plea on March 20, 2020 at 10:00 a.m.

The United States and defendant OCHOA request that time be excluded between February 18, 2020 and March 20, 2020 for the following reasons: the defendant requires additional time to review the discovery and consult with his client regarding the resolution of this matter. In anticipation of resolving this matter by plea, the parties request that this matter be set before the district judge for a change of plea on March 20, 2020 at 10:00 a.m. The proposed status conference date represents the earliest date that OCHOA's counsel and counsel for the United States are available, taking into account counsels' schedules, defense counsel's commitment to other clients, and the need for preparation in the case and

STIPULATION TO CONTINUE TRIAL DATE AND TRIAL CONFIRMATION

1

further investigation into the case and proposed resolution.  The parties further believe that time should be excluded until March 20, 2020, in that failure to grant the request would unreasonably deny the defendant continuity of counsel, and unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: February 12, 2020

MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  February 12, 2020

/s/ *Preciliano Martinez*
Attorney for Defendant Francisco OCHOA

## **ORDER**

IT IS HEREBY ORDERED that the status conference in this case be vacated and this matter, as to Francisco Ochoa only, be set before the district court on March 20, 2020, at 8:30 AM in courtroom 4 on the 7th floor before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 13, 2020**               /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE