Preciliano Martinez
Attorney At Law, SBN 93253
1120 14th Street, Suite 5
Modesto, CA 95354
Telephone: (209) 579-2206
Email: attymartinezp@yahoo.com

Attorney for: Francisco Javier Ochoa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Francisco Javier Ochoa<br><br>Defendants | CASE NO. 1:19-CR-00211-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 6/12/2020 AT 8:30 A.M. |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Kathleen A. Servatius, and Defendant Francisco Javier Ochoa, represented by Attorney Preciliano Martinez, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on January 13, 2020.

2. By this stipulation, defendant now moves to continue the change of plea until June 12, 2020, and to exclude time between March 20, 2020 and June 12, 2020, under Local Codes T4 and M. Plaintiff does not oppose this request. The Defense has not had the opportunity to visit Mr. Ochoa due to the Fresno County Jail being under quarantine for Mumps. Per Lt. Rocha; Mr. Ochoa's section's quarantine was extended an additional 20 days.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desire additional time to visit and discuss plea offer. The government does not object to the continuance.

    b) Based on the above-stated findings, the ends of justice served by continuing the

Stip. & [Proposed] Order Continuing Status Conf. &     1
Excluding Time Periods Under Speedy Trial Act

| | |
|---|---|
| 1 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 2 | original date prescribed by the Speedy Trial Act. |
| 3 | c) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 4 | et seq., within which trial must commence, the time period March 20, 2020 and, June 12, 2020, |
| 5 | inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] |
| 6 | for Mr. Ochoa, because it results form a continuance granted by the Court at defendant's request |
| 7 | on the basis of the Court's finding that the ends of justice served by taking such action outweigh |
| 8 | the best interest of the public and the defendants in a speedy trial. |
| 9 | 4. Nothing in this stipulation and order shall preclude a finding that other provisions of the |
| 10 | Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial |
| 11 | must commence. |
| 12 | IT IS SO STIPULATED. |

Dated:  March 18, 2020         /s/ Kathleen A. Servatius
                               KATHLEEN A. SERVATIUS
                               Assistant United States Attorney

Dated:  March 18, 2020         /s/   Preciliano Martinez
                               PRECILIANO MARTINEZ, ESQ.
                               Attorney for Francisco Javier Ochoa

**ORDER**

IT IS SO ORDERED.

Dated:  **March 19, 2020**            /s/ Dale A. Drozd
                                      UNITED STATES DISTRICT JUDGE

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act                2