McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00211-NONE-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| FRANCISCO JAVIER OCHOA-ANAYA, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Francisco Javier Ochoa-Anaya, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Francisco Javier Ochoa-Anaya's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $23,536.00 in U.S. Currency.

2. The above-listed asset constitutes property, or is property derived from, any proceeds obtained, directly or indirectly, or is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be

1 authorized to seize the above-listed property.  The aforementioned property shall be seized and
2 held by the U.S. Marshals Service in their secure custody and control.

3     4.   a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall
4 publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney
5 General's (or a designee's) intent to dispose of the property in such manner as the Attorney
6 General may direct shall be posted for at least thirty (30) consecutive days on the official
7 internet government forfeiture site www.forfeiture.gov.  The United States may also, to the
8 extent practicable, provide direct written notice to any person known to have alleged an interest
9 in the property that is the subject of the order of forfeiture as a substitute for published notice as
10 to those persons so notified.

11     b. This notice shall state that any person, other than the defendants, asserting a
12 legal interest in the above-listed property, must file a petition with the Court within sixty (60)
13 days from the first day of publication of the Notice of Forfeiture posted on the official
14 government forfeiture site, or within thirty (30) days from receipt of direct written notice,
15 whichever is earlier.

16     5. If a petition is timely filed, upon adjudication of all third-party interests, if any,
17 this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
18 interests will be addressed.

19 IT IS SO ORDERED.

20   Dated:  **July 21, 2020**
21                                              UNITED STATES DISTRICT JUDGE