McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:19-CR-00211 NONE-SKO** |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER THEREON** |
| v. | |
| FRANCISO OCHOA-ANAYA. | Date: September 25, 2020<br>Time: 9:30 a.m. |
| Defendants. | Honorable Dale A. Drozd |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendant Jorge Arreola-Serrato, by and through his attorney of record, Preciliano Martinez, hereby stipulate to continue the sentencing in this case from September 25, 2020 until October 16, 2020 at 9:30 a.m.

| | |
|---|---|
| Dated: August 5, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| Dated: August 5, 2020 | /s/ *Preciliano Martinez*<br>Attorney for Francisco Ochoa-Anaya |

///

///

STIPULATION TO CONTINUE SENTENCING HEARING     1

## **ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued from September 25, 2020 until October 16, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**August 6, 2020**__          _/s/ Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE