PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
Francisco Javier Ochoa-Anaya

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　vs.<br>Francisco Javier Ochoa-Anaya<br>　　　　　Defendant. | CASE NO. 1:19CR00211-NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Date: October 16, 2020<br>Time: 9:30 a.m.<br>Courtroom 4<br><br>Honorable Dale A. Drozd |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Kathleen A. Servatius, and Defendant Francisco Javier Ochoa, represented by Attorney Preciliano Martinez, hereby stipulate that the sentencing previously set for October 16, 2020 be continued until November 5, 2020 at 10:00 a.m. The Defense has not had the opportunity to visit Mr. Ochoa to review the presentence report. Due to testing positive for COVID-19, Mr. Ochoa had been under quarantine since August 2 20, and we are not aware if the quarantine has been lifted.

1

Respectfully Submitted,

Dated: September 17, 2020                                      /s/ Preciliano Martinez
                                                               Preciliano Martinez
                                                               Attorney for Defendant
                                                               Francisco Javier Ochoa-Anaya

Dated: September 17, 2020                                      /s/ Kathleen A. Servatius
                                                               Kathleen A. Servatius
                                                               Assistant U.S. Attorney

# ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current October 16, 2020 sentencing date is hereby vacated and reset to November 5, 2020.

IT IS SO ORDERED.

Dated:  **September 18, 2020**

_____
UNITED STATES DISTRICT JUDGE