# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER OCHOA-ANAYA,<br><br>Defendant. | No.  1:19-CR-00211-JLT-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE FOR PENDING 28 U.S.C. § 2255 MOTION<br><br>(Docs. 97, 101) |

Defendant Francisco Javier Ochoa-Anaya filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 on September 15, 2022.  (Doc. 101.)  Upon review, the Court would be aided by a response.  Therefore, any opposition to Defendant Ochoa-Anaya's motion shall be filed by January 31, 2023.  Defendant Ochoa-Anaya may file a response by February 24, 2023.  The parties are welcome to submit a joint stipulation proposing an agreed-upon alternate briefing schedule if they believe it would be appropriate in this case.

Additionally, on February 22, 2022, Defendant Ochoa-Anaya filed a request with the Clerk of this Court for a copy of "the September 4, 2019 Search Warrant and Affidavit" in this case.  (Doc. 97.)  To the extent that such documents exist, Defendant would be required in the first instance to attempt to obtain those documents directly from his trial counsel. Defendant does not indicate in his request that he attempted to do so, nor did he explain his need for any such

1

documents.  Moreover, now that Defendant is represented by counsel in connection with his pending § 2255 Motion, the Court assumes that counsel has access to the trial file and that any request for documents from that file is now moot. Therefore, the request is denied without prejudice.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES DISTRICT JUDGE