```
PHILLIP A. TALBERT
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER OCHOA-ANAYA,<br><br>    Defendant. | Case No. 1:19-cr-0211 JLT SKO<br><br>GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME; [PROPOSED] ORDER |

The United States of America requests a one-week extension of time, to March 7, 2023, to file its opposition brief regarding defendant Francisco Javier Ochoa-Anaya's 28 U.S.C. § 2255 motion. This motion for an extension of time is based on the attached declaration of Assistant U.S. Attorney Kirk E. Sherriff.

Dated:  February 27, 2023

                                    Respectfully submitted,

                                    PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Kirk E. Sherriff
                                    KIRK E. SHERRIFF
                                    Assistant U.S. Attorney

Motion for Extension of Time; Order        1

**DECLARATION**

I, Kirk E. Sherriff, declare as follows:

1. I am an Assistant United States Attorney for the Eastern District of California, and I am familiar with the facts described below.

2. On September 15, 2022, defendant Francisco Javier Ochoa-Anaya filed a motion pursuant to 18 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Doc. No. 101. On January 13, 2023, the Court granted the government's motion for a finding of a partial waiver of Ochoa-Anaya's attorney client privilege and the work product privilege, unless Ochoa-Anaya notified the Court within 14 days that he was withdrawing the ineffective assistance of counsel allegations in his § 2255 motion. Doc. No. 105. Ochoa-Anaya did not withdraw his allegations. Pursuant to the Court's January 13, 2023, Order the government's opposition brief is currently due February 28, 2023.

3. Despite the exercise of diligence in this matter, I require a one-week extension of time, to March 7, 2023, to finalize and file the government's opposition brief. Since the Court's January 13, 2023, Order, I have reviewed the court record and key filings in this case, researched legal issues concerning Ochoa-Anaya's § 2255 motion, prepared a draft of the government's opposition brief, and communicated with Percy Martinez (Ochoa-Anaya's trial counsel) regarding this matter. I anticipate receiving Mr. Martinez's final signed declaration this week. I will also need additional time to edit, finalize, and file the government's opposition brief.

4. I emailed and called Ochoa-Anaya's current counsel, Arturo Hernandez, today to confer regarding the government's request for a

one-week extension of time, but I was not able to reach Ochoa-Anaya's counsel.

5. For the reasons stated above, the United States requests a one-week extension of time, to March 7, 2023, to file its opposition to Ochoa-Anaya's § 2255 motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of February 2023.

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant United States Attorney

### ORDER

Good cause appearing, the United States' motion for a one-week extension of time, to March 7, 2023, to file its opposition brief, is GRANTED. The deadline for movant Ochoa-Anaya to file a reply brief is also extended by one week, to April 21, 2023.

IT IS SO ORDERED.

Dated: **February 28, 2023**

UNITED STATES DISTRICT JUDGE